IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUN 0 1 2016

FILED

**John & Jane Doe,**

    Plaintiffs;

v.

**St. Paul's School**

    Defendant.

Case No. 16 - CV - 225

## Plaintiffs' Motion for Leave to Proceed Under Pseudonyms

Plaintiffs, John and Jane Doe, as next friends and parents of J.D., a minor, by and through their undersigned counsel, respectfully move this Court for leave to proceed under pseudonyms to protect the identity of the minor victim of sexual assault on whose behalf this action is brought. The precise factual and legal basis for this Motion is set forth in the attached Memorandum in Support.

June 1, 2016

Respectfully submitted,

/s/ Charles G. Douglas III
_____
Charles G. Douglas III (NH Bar No. 669)
DOUGLAS, LEONARD & GARVEY, P.C.
14 South Street
Concord, NH 03301
603-224-1988
603-229-1988 (f)
chuck@nhlawoffice.com

Steven J. Kelly (*pro hac vice* pending)
Stephen G. Grygiel (*pro hac vice* pending)
Steven D. Silverman (*pro hac vice* pending)
SILVERMAN | THOMPSON | SLUTKIN | WHITE, LLC
201 N. Charles Street, Suite 2600
Baltimore, MD 21201
410-385-2225
410-547-2432 (f)
skelly@mdattorney.com
ssilverman@mdattorney.com
sgrygiel@mdattorney.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify on this 1st day of June, 2016, a copy of the foregoing Motion to Proceed Anonymously, Memorandum in Support thereof and proposed order will be served on Defendant along with the Complaint initiating this action.

_____
Charles G. Douglas, III