THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JOHN AND JANE DOE, <br> AS PARENTS, NEXT FRIENDS AND <br> LEGAL GUARDIANS OF MINOR CHILD, J.D. <br><br> Plaintiffs, <br><br> v. <br><br> ST. PAUL'S SCHOOL, <br><br> Defendant. | Civil Action No. 1:16-CV-00225-PB |

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT ST. PAUL'S SCHOOL

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1, Defendant St. Paul's School hereby provides the following disclosure statement:

1. The filing party, St. Paul's School, a nongovernmental, New Hampshire non-profit corporation, does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.  St. Paul's School does not have any merger agreements with publicly held corporations.

Respectfully submitted,

ST. PAUL'S SCHOOL,

By its attorneys,
McLANE MIDDLETON,
PROFESSIONAL ASSOCIATION

Dated: August 8, 2016         By:/s/Michael A. Delaney
                              Bruce Felmly, NH Bar No. 787
                              Michael A. Delaney, NH Bar No. 10504
                              900 Elm Street
                              Manchester, NH 03105
                              T) (603) 625-6464
                              F) (603) 625-5650
                              bruce.felmly@mclane.com
                              michael.delaney@mclane.com

<u>Certificate of Service</u>

      I certify that, on August 8, 2016, I served the foregoing via ECF electronic transmission in accordance with the Court's Administrative Procedures for ECF to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants, if any.

                                  /s/ Michael A. Delaney  
                                  Michael A. Delaney,  NH Bar No. 10504