IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

John & Jane Doe,

    Plaintiffs;

v.

St. Paul's School

    Defendant.

Case No. 1:16-cv-00225-PB

**AFFIDAVIT OF STEVEN JONATHAN KELLY IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Steven Jonathan Kelly, hereby declare:

1. My office address and telephone number are:

    201 N. Charles Street, Suite 2600, Baltimore, Maryland 21201
    (410) 385-2225

2. I have been admitted to the following courts and bars:

    State of Maryland (December 19, 2003)
    United States District Court for the District of Maryland (March 12, 2004)
    United States Court of Appeals for the Fourth Circuit (June 27, 2005)
    United States Supreme Court (December 2, 2013)
    District of Columbia (July 1, 2014)
    United States District Court for the District of Columbia (September 8, 2014)
    United Court of Appeals for the District of Columbia Circuit (August 18, 2015)

3. I am currently in good standing with all states, courts, and bars in which I am admitted.

4. I have no disciplinary matters or sanctions and I have no prior felony or misdemeanor criminal convictions.

5. I have never been denied pro hac vice status in any court nor have I been suspended or revoked pro hac vice status in any court.

I declare under penalty of perjury that to the best of my knowledge, the forgoing is true and correct. Executed this 31st day of May, 2016.

_____
Steven J. Kelly

Subscribed and sworn to before me __31__ this day of __May__, 2016.

_____
Notary Public

