IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

**John & Jane Doe,**

    Plaintiffs;

v.

**St. Paul's School**

    Defendant.

Case No. 1:16-cv-00225-PB

**AFFIDAVIT OF STEPHEN G. GRYGIEL IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Stephen G. Grygiel, hereby declare:

1. My office address and telephone number are:

    201 N. Charles Street, Suite 2600, Baltimore, Maryland 21201
    (410) 385-2225

2. I have been admitted to the following courts and bars:

    Maine Supreme Judicial Court (October 1, 1986)
    Massachusetts Supreme Judicial Court (December 15, 1986)
    United States District Court for the District of Maine (September 17, 1987)
    Delaware Supreme Court (January 17, 2007)
    United States Court of Appeals for the Third Circuit (August 20, 2010)
    New York Supreme Court (June 21, 2011)
    United States District Court for the District of Delaware (July 18, 2012)
    Maryland Court of Appeals (December 11, 2014)
    United States District Court for the District of Maryland (April 13, 2015)

3. I am currently in good standing with all states, courts, and bars in which I am admitted.

4. I have no disciplinary matters or sanctions and I have no prior felony or misdemeanor criminal convictions.

5.   I have never been denied pro hac vice status in any court nor have I been suspended or revoked pro hac vice status in any court.

I declare under penalty of perjury that to the best of my knowledge, the forgoing is true and correct. Executed this 10th day of June, 2016.

*[signature]*
Stephen G. Grygiel

Subscribed and sworn to before me 10th this day of June, 2016.

*[signature]*
Notary Public

Jane Ashley
Notary Public
Baltimore County, Maryland
My Comm. Expires 12/15/19