UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

*******************************
\*
John Doe and Jane Doe as p/n/f of   \*
J.D., a minor,   \*
      Plaintiffs,   \*
      \*
v.   \*   Case No. 1:16-cv-00225-PB
      \*
St. Paul's School,   \*
      \*
      Defendant.   \*
      \*
*******************************

### ASSENTED-TO MOTION FOR *PRO HAC VICE* ADMISSION OF STEVEN D. SILVERMAN, ESQUIRE

Pursuant to Local Rule 83.2(b), the undersigned respectfully moves for the admission *pro hac vice* of Steven D. Silverman, Esquire, Silverman/Thompson/Slutkin/White/LLC, 201 North Charles Street, 26th Floor, Baltimore, Maryland 21201 (410) 385-2225, facsimile: (410) 547-2432, ssilverman@mdattorney.com, for purposes of appearance as co-counsel on behalf of the plaintiffs in the above-captioned case only. In support of this Motion, the undersigned states as follows:

1. Movant, Charles G. Douglas, III, Esquire, of the law firm of Douglas, Leonard & Garvey, P.C., 14 South Street, Suite 5, Concord, NH 03301, is a member in good standing of the New Hampshire Bar and the United States District Court for the District of New Hampshire.

2. Steven D. Silverman is not admitted to practice in the United States District Court for the District of New Hampshire. He is a member in good standing of the state court of Maryland, as well as the United States District Court for the District of Maryland.

3. There are no disciplinary proceedings pending against Steven D. Silverman.

1

4. Steven D. Silverman is familiar with the Local Rules of the U.S. District Court for the District of New Hampshire.

5. In accordance with the local rules of this Court, attached hereto as Exhibit A is an Affidavit of Steven D. Silverman in support of this Motion for his *pro hac vice* admission.

6. In accordance with the local rules of this Court, Steven D. Silverman has made payment of this Court's $100.00 admission fee contemporaneously with the filing of this Motion.

7. In accordance with the local rules of this Court, Steven D. Silverman will register as a Filing User of the Court's ECF system by completing an online registration form on the Court's website at www.nhd.uscourts.gov.

8. Opposing counsel, Michael A. Delaney, Esquire, assents to the relief requested herein.

9. Because the relief requested herein is discretionary with the Court, no accompanying memorandum of law is believed to be required.

WHEREFORE, Charles G. Douglas, III, Esquire moves this Court to enter an Order for Steven D. Silverman, Esquire to appear before this Court on behalf of the plaintiffs for all purposes relating to the proceedings in the above-captioned matter.

Respectfully submitted,
JOHN DOE and JANE DOE, p/n/f of J.D.,
By their attorneys,
DOUGLAS, LEONARD & GARVEY, P.C.

Date: August 9, 2016     By:     /s/Charles G. Douglas, III_____
                                  Charles G. Douglas, III, NH Bar #669
                                  14 South Street, Suite 5
                                  Concord, NH 03301
                                  (603) 224-1988
                                  chuck@nhlawoffice.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was electronically served through ECF to all counsel of record on this date.

                                        /s/ Charles G. Douglas, III
                                        Charles G. Douglas, III