IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| John & Jane Doe,<br><br>    Plaintiffs;<br><br>v.<br><br>St. Paul's School<br><br>    Defendant. | Case No. 1:16-cv-00225-PB |

### AFFIDAVIT OF STEVEN DONALD SILVERMAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Steven Donald Silverman, hereby declare:

1. My office address and telephone number are:

    201 N. Charles Street, Suite 2600, Baltimore, Maryland 21201
    (410) 385-2225

2. I have been admitted to the following courts and bars:

    State of Maryland (December 19, 1991)
    United States District Court for the District of Maryland (December 9, 1994)
    District of Columbia (August 5, 2002)
    United Court of Appeals for the Fourth Circuit (August 25, 2009)
    United States Supreme Court (December 5, 2012)

3. I am currently in good standing with all states, courts, and bars in which I am admitted.

4. I have no disciplinary matters or sanctions and I have no prior felony or misdemeanor criminal convictions.

5. I have never been denied pro hac vice status in any court nor have I been suspended or revoked pro hac vice status in any court.

no disciplinary matters or sanctions and I have no prior felony or misdemeanor criminal convictions.

5. I have never been denied pro hac vice status in any court nor have I been suspended or revoked pro hac vice status in any court.

I declare under penalty of perjury that to the best of my knowledge, the forgoing is true and correct. Executed this 31st day of May, 2016.

_____
Steven D. Silverman

Subscribed and sworn to before me 31 this day of May, 2016.

_____
Notary Public