IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

**John & Jane Doe,**

      Plaintiffs;

v.

**St. Paul's School**

      Defendant.

Case No. 1:16-cv-00225-PB

### AFFIDAVIT OF EDWARD PETER PARENT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Edward Peter Parent, hereby declare:

1.     My office address and telephone number are:

     201 N. Charles Street, Suite 2600, Baltimore, Maryland 21201
     (410) 385-2225

2.     I have been admitted to the following courts and bars:

     State of Maryland (December 13, 2006)
     United States District Court for the District of Maryland (October 15, 2010)

3.     I am currently in good standing with all states, courts, and bars in which I am admitted.

4.     I have no disciplinary matters or sanctions and I have no prior felony or misdemeanor criminal convictions.

5.     I have never been denied pro hac vice status in any court nor have I been suspended or revoked pro hac vice status in any court.

I declare under penalty of perjury that to the best of my knowledge, the forgoing is true and correct.

Executed this 13 th day of June, 2016.

Edward P. Parent

Subscribed and sworn to before me 13 th this day of June , 2016.

Notary Public

Jane Ashley
Notary Public
Baltimore County, Maryland
My Comm. Expires 12/18/18

2