## ATTACHMENT A: TRANSCRIPT OF VOICE MAIL

Hey Mike this is Jeremy Blackman at the Concord Monitor. It's 4:30 p.m. on June 1st. I just wanted to give you a call. I got a copy of this lawsuit from the [Doe] family. I am not sure if you have seen it yet. I am going to be writing about it tonight and I would hope to touch base with you or a representative from the school to try to get some initial response. I know it's early but hopefully you have a chance to at least read over it and if you get back to me, I will be on my cell phone throughout the evening which is 209-585-5430. I will send you an email just to follow up. Again its Jeremy Blackman at the Concord Monitor. 4:30 p.m. on June 1st. I hope to talk to you soon. Thanks.