# B

**From:** Jeremy Blackman [mailto:jblackman@cmonitor.com]
**Sent:** Wednesday, June 01, 2016 4:43 PM
**To:** Delaney, Michael
**Subject:** lawsuit against st. paul's

Hi Mike,

I have a copy of a federal complaint filed this afternoon against St. Paul's by the family of Labrie's victim. We'll need to post a story on it shortly, and I'm hoping to get a response from you or the school. Do you have a moment to touch base? I'm at the office (369-3319) or on my cell (xxx-xxx-xxxx).

Best,

--
**Jeremy Blackman**
Staff writer
Concord Monitor
369-3319
jblackman@cmonitor.com

1