C

## Michael Hirschfeld

| | |
|---|---|
| **From:** | Damberg, Chelsea (NBCUniversal) <Chelsea.Damberg@nbcuni.com> |
| **Sent:** | Wednesday, June 01, 2016 5:32 PM |
| **To:** | Michael Hirschfeld |
| **Subject:** | NBC News |

Hi Mr. Hirschfeld,
I hope you are well. My name is Chelsea Damberg and I am a producer here at NBC News reaching out on behalf of TODAY. We are gathering on a story for the morning surrounding Jane Doe in the Owen Labrie trial's newly filed court documents today against St. Paul's school.
I wanted to see if you were interested in taping an interview with us tonight on your response to the documents. If you are not interested in a tape interview, we would be happy to include a statement or comment.
Thank you for your time and I look forward to hearing from you,
Chelsea

Chelsea Damberg
NBC News | W: 212-664-3366 | C: 917-244-5869 | Chelsea.Damberg@nbcuni.com

1