D

### Steven J. Kelly Interviews Regarding Doe v. St. Paul's School

| Source | Title | Date | Link to Interview |
|---|---|---|---|
| Today.com video | Owen Labrie case: Victim's Family Files Suit Against St. Paul's School | June 2, 2016 | http://www.today.com/video/owen-labrie-case-victim-s-family-files-suit-against-st-paul-s-school-697475651788 |
| WRKO (AM680 - The Voice of Boston) | Six minute interview on Financial Exchange program | June 2, 2016 | http://media.wrko.com/a/115439182/steven-kelly-attorney-st-paul-s-sexual-assault-case.htm |
| FOX News - Bill Marcus, Journalist | Family of girl sexually assaulted by Owen Labrie sues St. Paul's School | June 2, 2016 | http://www.billmarcus.com/family-of-girl-sexually-assaulted-by-owen-labrie-sues-st-pauls-school/ |

11038476