# E

**Steven J. Kelly Quotes In Print and Web Media Regarding Doe v. St. Paul's School**

| Source | Date | Title | Quotes | Link to media |
|---|---|---|---|---|
| The Wall Street Journal | June 1, 2016 | Parents Sue St. Paul's School After 'Senior Salute' Sexual-Assault Case | St. Paul's "had children boarding with them and as such, they assume the role of parents," Steven J. Kelly, the lawyer for the plaintiffs, said by phone Wednesday. "They knew that the children under their care were threatened by this senior salute, by pervasive games of sexual conquest, and they did nothing to stop it."<br><br>The family's goal is to "protect the children at the school that the family loved very much," Mr. Kelly said. The girl's father is a St. Paul's alum, while her sister also attended the boarding school, he said.<br><br>He said the young girl returned to St. Paul's after the assault, but left after "feeling bullied and intimidated and retaliated against." | http://www.wsj.com/articles/parents-sue-st-pauls-school-after-senior-salute-sexual-assault-case-1464830358 |
| Huffington Post | June 1, 2016 | St. Paul's Turned Blind Eye To Teen Harassed For Reporting Her Sexual Assault, Suit Alleges | "Once the report was made to police, people started to figure it out and she started to feel retaliation," Steven J. Kelly, the victim's attorney, told The Huffington Post. St. Paul's administrators largely "paid lip service" to her parents' complaints, Kelly said, suggesting "she had to deal with it" instead of addressing the complaints.<br>[…]<br>"Shortly after the victim told her mother and the report came out, the mother received a call from another parent complaining that the victim had told her daughter, and the daughter had a test that day and didn't do well on that test," Kelly said.<br><br>Some people in the school were supportive, but they were not in the power structure, Kelly said. "There was no effort made to shield her from retaliation or discipline people for retaliating against her," he added. The victim left the school in December 2014.<br>[…]<br>"The school's attitude is sort of a circle the wagon | http://www.huffingtonpost.com/entry/lawsuit-st-pauls-school-sexual-assault_us_574f524ae4b0c3752dcc6aac |

| | | | attitude," Kelly said, comparing it to the Catholic Church's response to sex abuse cases involving priests. "Somebody had the audacity to seek outside help, and everyone turns on them because you're attacking the school, you're attacking the prestige." | |
|---|---|---|---|---|
| WMUR | June 1, 2016 | Parents of assault victim sue St. Paul's School | "St. Paul's fostered a culture of misogyny and male privilege that deprived its female students of the safe and healthy educational environment they would expect from one of the nation's premier private schools," attorney Steve Kelly said. | http://www.wmur.com/news/parents-of-assault-victim-sue-st-pauls-school/39849960 |
| e-Ticker News of Claremont | June 1, 2016 | St. Paul's School In Concord Sued Over Sexual Assault Case | "St. Paul's fostered a culture of misogyny and male privilege that deprived its female students of the safe and healthy educational environment they would expect from one of the nation's premier private schools," said lead counsel Steve Kelly of the Baltimore law firm Silverman\|Thompson\|Slutkin\|White. "Administrators ignored the health, safety and welfare of the children entrusted to their care, and turned their favorite motto on its head—rather than 'freedom with responsibility,' administrators held themselves and the students to the standard 'freedom from responsibility.'" | http://www.etickernewsofclaremont.com/2016/06/st-pauls-school-in-concord-sued-over-sexual-assault-case/ |
| WCVB - Boston's News Leader | June 1, 2016 | Parents of assault victim sue St. Paul's School | "St. Paul's fostered a culture of misogyny and male privilege that deprived its female students of the safe and healthy educational environment they would expect from one of the nation's premier private schools," attorney Steve Kelly said. | http://www.wcvb.com/news/parents-of-assault-victim-sue-st-pauls-school/39853252 |
| AP News | June 1, 2016 | Parents sue elite prep school over sexual assault case | "St. Paul's School fostered and condoned a tradition known as Senior Salute, in which upperclassmen kept score of how many younger students they had sex with," said attorney Steven J. Kelly, lead counsel for the girl's parents.<br>[...]<br>Kelly said school officials ""knew about the Senior Salute."" | http://bigstory.ap.org/article/d4948a19ad5244bbbf85b8f618c21841/parents-sue-elite-prep-school-over-sexual-assault-case |

| | | | | |
|---|---|---|---|---|
| | | | ""They knew about games of conquests, a lot of these crazy things that were going on,"" Kelly said. ""They did nothing to stop it.""<br>[...]<br>Kelly said the girl's parents want reforms at the Concord school to ensure the abuse doesn't happen to other students." | |
| Boston Globe | June 2, 2016 | Parents of Owen Labrie sex assault victim sue N.H. school | "These are not people who hate St. Paul's School," said Steven J. Kelly, a lawyer for the family, who noted that the victim's father and sister both graduated from the New England prep school. "They love St. Paul's School, and that's why they're doing this."<br>[...]<br>For the parents of the victim, Kelly said the goal of the lawsuit was "systematic change" in the institution and its return to Episcopal values.<br><br>"That can't happen if you have this misogynist culture," Kelly said. | https://www.bostonglobe.com/metro/2016/06/01/parents-owen-labrie-sex-assault-victim-suing-prep-school/F2rzABRiaxfA5Q4Zd6TlqJ/story.html |
| New York Magazine | June 2, 2016 | Parents of Girl Sexually Assaulted by Owen Labrie Sue St. Paul's School | Steven J. Kelly, the lawyer representing the plaintiff, told The Wall Street Journal, "They knew that the children under their care were threatened by this senior salute, by pervasive games of sexual conquest, and they did nothing to stop it." | http://nymag.com/thecut/2016/06/st-pauls-school-sued-after-sexual-assault-case.html |
| Jezebel | June 2, 2016 | Parents Sue Elite Prep School Over Owen Labrie's 'Senior Salute' Case | WSJ reports:<br><br>The lawsuit alleges that the concept of "scoring"—with older students "tracking their sexual conquests of young girls—has long been part of [St. Paul's] ethos" and that the school failed to put a halt to it.<br><br>St. Paul's "had children boarding with them and as such, they assume the role of parents," Steven J. Kelly, the lawyer for the plaintiffs, said by phone Wednesday. "They knew that the children under their care were threatened by this senior salute, by pervasive games of sexual conquest, and they did nothing to stop it." | http://jezebel.com/parents-sue-elite-prep-school-over-owen-labries-senior-1780127971 |

| | | | | |
|---|---|---|---|---|
| VICE | June 3, 2016 | A Lawsuit Could Expose a Culture of Sexual Violence at an Elite Prep School | "Steven Kelly, an attorney for the victim's family, says the details released so far have just been the ""tip of the iceberg,"" and that new information about the school's refusal to address student misconduct will be exposed as part of an extensive discovery process.<br><br>""This is devastating damage to this family financially and emotionally,"" Kelly tells VICE. [...]<br>While a specific cash figure is not specified in this complaint, Kelly points to the Erin Andrews case, in which the sports reporter was awarded $55 [€49] million in damages from the owner of the hotel where she was videotaped while undressing.<br><br>""We fully expect this verdict would be on the high side of the verdicts around the country,"" Kelly says. [...]<br>Kelly, the family attorney, says witnesses could also include the sons of the school's trustees." | http://www.vice.com/en_se/read/a-lawsuit-could-expose-a-culture-of-sexual-violence-at-an-elite-prep-school |
| Town and Country Magazine | June 6, 2016 | Parents of the Girl Assaulted by Owen Labrie File a Lawsuit Against St. Paul's | "Steven J. Kelly, the lawyer for the parents, said the assault was ""entirely preventable.""<br><br>""They knew that the children under their care were threatened by this senior salute, by pervasive games of sexual conquest, and they did nothing to stop it,"" he told the Wall Street Journal." | http://www.townandcountrymag.com/society/money-and-power/news/a6474/lawsuit-st-pauls-owen-labrie/ |

11038479