H

# STSW Files Federal Lawsuit Against The St. Paul's School of Concord, NH

### "Senior Salute" Sex-Assault Victim Sues Elite School That Fostered Tradition

Concord, N.H. (June 1, 2016): The St. Paul's School, an elite New Hampshire boarding institution, was sued today in federal court by the parents of a girl who was sexually assaulted two years ago as a freshman. In the lawsuit, the family alleges that her assault resulted from the school's failure to stop the "Senior Salute," a competition among male seniors to have the most sexual encounters with underage girls in the months prior to graduation.

The investigation leading up to the lawsuit uncovered a reckless and hypersexualized campus culture at St. Paul's in which college-bound men openly treated underage girls as objects to be ranked and "scored" in a contest of sexual conquest.

The perpetrator of the assault, Owen Labrie was a known member of a team of Senior Salute competitors called the "Slaymakers." The Slaymakers ritualized the Senior Salute by sharing lists of potential targets, passing down keys to secluded venues for sex on campus, and setting out to "slay" — sexually exploit — as many underage girls as possible.

Although the highest level of administrators knew about the predatory Senior Salute tradition and the appalling treatment of female students, the complaint alleges, the leadership and faculty did nothing to stop them — accepting this atmosphere as part of the school's character and fearing backlash from influential parents if efforts were made to change.

The **complaint** details compelling evidence of this awareness even at the top level of the school's leadership, citing articles in the student newspaper about the Senior Salute and noting that the rector's own wife was brazenly invited to participate in it. The lawsuit also describes unconscionable hazing of the victim by members of the St. Paul's community after she reported the crime, and the school administration's failure to protect her from such retaliation, bullying, and harassment — causing her to withdraw from the school.

"St. Paul's fostered a culture of misogyny and male privilege that deprived its female students of the safe and healthy educational environment they would expect from one of the nation's premier private schools," said lead counsel Steve Kelly of the Baltimore law firm Silverman|Thompson|Slutkin|White. "Administrators ignored the health, safety and welfare of the children entrusted to their care, and turned their favorite motto on its head—rather than 'freedom with responsibility,' administrators held themselves and the students to the standard 'freedom from responsibility.'"

In addition to Mr. Kelly, Steven Silverman and Stephen Grygiel of Silverman|Thompson|Slutkin|White represent the plaintiff and her family, who are proceeding under pseudonyms to prevent further retaliation and victimization by the St. Paul's community.

Contact Us

**410.385.2225  1.800.385.2243**



Practice Areas

**Appellate/Civil & Criminal Appeals**

**Business Litigation**

**Criminal Defense**

**DUI/DWI/Drunk Driving**

**Family Law**

**Medical Malpractice**

**Personal Injury**

**Real Estate**

**Sports & Entertainment Law**

**Victim's Rights**

**Wrongful Death**

---

**Maryland Office**
**201 N. Charles St #2600**

**Baltimore, MD 21201**

**Office: (410) 385-2225**
**Toll Free: (800) 385-2243**
**Fax: (410) 547-2432**

**Washington, D.C. Office**
**1828 L. St N.W. #660**

**Washington, DC 20036**

**Toll Free: (800) 385-2243**

**New York Office**
**40 Exchange Pl #1800**

**New York, NY 10005**

**Toll Free: (800) 385-2243**

We serve the following Maryland localities: Baltimore City Circuit Court including Patapsco, Wabash and North Avenue Courts; Baltimore County Circuit court including Towson, Catonsville and Essex Courts; Anne Arundel County Circuit Court including Annapolis and Glen Burnie Courts; Harford County Circuit Court including Bel Air; Howard County Circuit Court including Columbia and Ellicott City; Prince George's County including Hyattsville and Upper Marlboro Courts; Montgomery County including Rockville and Silver Spring courts; all Maryland federal courts including both Baltimore and Greenbelt, the Maryland Court of Appeals and Court of Special Appeals in Annapolis and Washington DC.

Maryland Medical Malpractice Lawyer Silverman | Thompson | Slutkin | White Website - Medication Errors, Brain Injuries, Birth injury & Wrongful Death Maryland Criminal Lawyer Silverman | Thompson | Slutkin | White Website - DUI, Drug Crimes, Domestic Violence & Juvenile Crimes

Internet Privacy Practice Group

Anne Arundel County, Maryland Sex Assault Lawyer Silverman | Thompson | Slutkin | White LLC Home
Contact Pikesville, Maryland Campus Sex Crime Attorney Silverman | Thompson | Slutkin | White LLC

Copyright © 2016, Silverman | Thompson | Slutkin | White LLC

**JUSTIA** Law Firm Website Design