J





# Former Orioles Pitcher Accused Of Raping Woman In D.C. Hotel

April 25, 2014 8:12 PM  By Mike Hellgren

Filed Under: alfredo, Lawsuit, Orioles, Rape, simon

BALTIMORE, MD - AUGUST 29: Alfredo Simon #55 of the Baltimore Orioles pitches against the New York Yankees at Oriole Park at Camden Yards on August 29, 2011 in Baltimore, Maryland. (Photo by Greg Fiume/Getty Images)

**LISTEN LIVE**

**FOLLOW US ON**

Sign Up for Newsletters



BALTIMORE (WJZ) — From the ballpark to the courtroom. A former Baltimore Oriole is facing a multi-million dollar lawsuit. A woman claims Alfredo Simon raped her in a posh Washington, D.C. hotel.



**Mike Hellgren** spoke to the accuser's lawyer and has all sides of this disturbing case.

His accuser says former Orioles pitcher Alfredo Simon, now with the Cincinnati Reds, had a friend approach her at a club a year ago. Simon then brought her back to his posh hotel room near the White House and allegedly raped her.

Her civil lawsuit **WJZ** obtained claims he: "…abruptly changed his behavior from a romantic encounter to a terrifying physical attack. As soon as [he] started to get rough with her, [she] told him to stop. [He] ignored that plea, pinning [her] down on her stomach while she struggled and continued to demand [he] get off her."

"It was very brutal and graphic and produced very real injuries, which were documented," the accuser's lawyer, Steve Kelly, said.

**PROMOTED STORIES** Recommended by


They Told This Little Boy His Dog Would Be Put Down. His Response Stunned All.
BoredBug


If You Shave, Think Twice About Which Razor You Use
Harry's


They Found This In A Lake And Couldn't Believe Their Eyes
Mental Flare - The Most En…

Prosecutors in D.C. convened a grand jury, but declined to press criminal charges with no explanation.

"Based on what happened to her, I think she would definitely say that he's a danger to others," Kelly said.



## MORE NEWS



Orioles Cap In The Final Four For Best MLB Hat



Brittany Ghiroli Comments On The Baltimore Orioles



Buck Showalter Out With The Flu And Machado, Wieters Out Of Line Up

Powered by CBS

Simon was a pitcher with the Orioles, ending in 2011. He had a brush with the law during his tenure here.

In 2011, police in Simon's native Dominican Republic filed an involuntary manslaughter charge against him after he fired celebratory gunshots in the air that killed a man. Simon was later acquitted and spoke to **WJZ** about that incident.

"I just try to play baseball. I don't think about whatever happened. Just put it behind me," Simon said.

In the rape lawsuit, the accuser is seeking $15 million in damages, but says it's not about the money.

"This is not a situation where we have a gold digger or publicity seeker. This is an educated, very credible young woman," said Kelly.

Simon's lawyer calls the allegations baseless. He says he will fight them aggressively and believes his client will be fully exonerated.

The accuser's lawyer says she did have a rape kit done at the police department that showed abrasions. Simon denies wrongdoing.

**Other Local News:**

- Pr. George's County Officer Indicted for Taking Upskirt Photos
- Annapolis Man Drowns While Swimming at Western Maryland Park
- ALS Association: Ice Bucket Challenge Actually Had A Dramatic Impact
- Metro Transit Officer Pleads Guilty in Road Rage Incident
- Police: 1 Killed, 3 Critical, 1 Injured in Overnight Shootings

#### Mike Hellgren

WJZ general assignment reporter Mike Hellgren came to Maryland's News Station in the spring of 2004 from KARK-TV, an NBC affiliate station in Little Rock, Arkansas where he worked as a general assignment reporter, as well as fill-in anchor. Solid...

**More from Mike Hellgren**

💬 Comments

## Promoted Stories



**11 MOST Dangerous Dog Breeds**
(DailyForest)



**United States Residents Born Between 1936 and 1966 Are In For A Big**
(LiveSmarterDaily)



**We Install a Solar System at No Charge**
(SolarCity)

## More Promoted Stories

- Only 1% Know You Need To Do This When Using A Computer (Smarter Web Life)
- Computer Running Sluggish, Try This 2 Minute Computer Check Up. (Speed Fix Tool)
- Spaghetti Bolognese with authentic flavors made with Quorn Meat-Free Grounds, soy-free, high in protein! (Quorn)
- How To Fix Your Fatigue And Get More Energy (Gundry MD)
- 22 Hottest Athletes' Wives And Girlfriends (Your Daily Dish)
- These Abandoned Kittens Turned Out To Be Something Different (Mental Flare - The Most Entertaining Articles On The Web)

## We Recommend

- No Charges In Shooting Death Of Md. Cop By Another Officer
- Police: 16-Year-Old Hurt, Man 'Critical' After Overnight Shootings
- Police: Man, 57, Dies After Brooklyn Shooting
- 5 Shot During Candlelight Vigil
- Troopers Investigate Deadly Head-On Crash In Fallston
- Young Man Killed Walking His Girlfriend Home In Reisterstown

Recommended by

**ISRAEL** Nonstop  $1099* From Boston  *Includes all taxes & carrier imposed surcharges. Includes 6 night hotel stay.  **CLICK HERE**  ELAL  Fattal

## More From CBS Baltimore

Follow Us

NEWS          SPORTS          SEEN ON WJZ          CONNECT WITH CBS BALTIMORE          BEST OF          CORPORATE

| Latest News | Latest Sports | Morning Edition | Sign Up for Newsletters | Latest | About Us |
|---|---|---|---|---|---|
| Blogs | Ravens | Weekend Morning Edition | Get Social | Arts & Culture | Ad Choices |
| Local | Orioles | Manic Monday | News On The Go | Shopping & Style | EEO Reports |
| Consumer | Navy | Safe Driver | | Food & Drink | CBS Television Public File |
| Politics | Maryland | It's Academic | | Nightlife & Music | CBS Radio Public File |
| Business | Blast | On Time | | Family & Pets | |
| Entertainment | Fan Club | Only CBS | | Travel | |
| Health | | | | | |
| National | | | | | |
| World | | | | | |
| Galleries | | | | | |

By viewing our video content, you are accepting the terms of our Video Services Policy

Privacy Policy    Terms of Use    Your California Privacy Rights    Mobile User Agreement