UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

*******************************
John Doe and Jane Doe as p/n/f of
J.D., a minor,
       Plaintiffs,

v.

St. Paul's School,

       Defendant.
*******************************

Case No. 1:16-cv-00225-PB

## NOTICE OF INTENT TO FILE A REPLY

NOW COMES John Doe and Jane Doe as p/n/f/ of J.D., a minor, and gives notice of its intent to reply to the Defendant's Response to the Motion for Pseudonyms, where St. Paul's School asked for affirmative relief on page 3 of its August 11 filing (Document 14).

1. Attorney Felmly has no objection to the filing of a Reply to St. Paul's Response to the Motion for Pseudonyms.

2. On behalf of John Doe, Jane Doe, as p/n/f/ of J.D., a minor, we request the right to file a reply especially because the relief St. Paul's is seeking goes beyond merely assenting to or disagreeing with the previously filed motion being Document 2.

                        Respectfully submitted,

                        JOHN DOE and JANE DOE, p/n/f of J.D.,
                        By their attorneys,
                        DOUGLAS, LEONARD & GARVEY, P.C.

Date:  August 17, 2016         By:    /s/Charles G. Douglas, III_____
                                                   Charles G. Douglas, III, NH Bar #669
                                                   14 South Street, Suite 5

Concord, NH 03301
(603) 224-1988
chuck@nhlawoffice.com

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was electronically served through ECF to all counsel of record on this date.

/s/ Charles G. Douglas, III_____
Charles G. Douglas, III