IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **JOHN DOE & JANE DOE,** | * |
| *Plaintiffs*, | * |
| v. | *   Civil Action No. 1:16-CV-00225-PB |
| **ST. PAUL'S SCHOOL,** | * |
| *Defendant*. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**[PROPOSED] ORDER**

Having reviewed Plaintiffs' Reply to Defendant's Partial Objection and Conditional Assent to Plaintiffs' Motion for Leave to Proceed Under Pseudonyms and Plaintiffs' Notice of Withdrawal of their Motion to Proceed Under Pseudonyms [ECF No. 2], the Court Orders:

Plaintiffs' Motion to Proceed Under Pseudonyms [ECF No. 2] is WITHDRAWN,

Defendant's Partial Objection [ECF No. 14] is rendered MOOT.

SO ORDERED.

_____
Honorable Paul J. Barbadoro
United States District Judge
United States District Court for the District of New Hampshire