


# EXHIBIT H

February 19, 2014

To All Those Kind Enough to Read My Letter, I am reaching out to ask for your support. My name is Owen, and I am from a small town in rural Vermont. As some of you might know, I attended St. Paul's School, where I was a full-scholarship student and graduated summa cum laude last spring. I was many things at St. Paul's—a soccer captain, a dorm prefect, a newspaper editor, and a radio station coordinator. I held prefect positions in both the library and the chapel, and, at graduation, I was given the Rector's Award, a prize given to a student in recognition of "selfless devotion to school activities." I loved my years at St. Paul's, and I was unspeakably grateful when I was offered acceptance—and a full scholarship—to Harvard, where I had plans to attend Divinity School and study theology. However, as many of you might be aware, my life was dramatically upended when I was accused of a terrible crime shortly after my graduation. I was arrested in July, and the allegations against me were released to the press before I had a chance to defend myself. I am reaching out to you because the truth of the matter is very different than what has appeared in the papers. For the past six months, I have been fighting for my innocence in the local court system. I have been working three jobs to pay for my local defense, and I have received incredible support from friends, form-mates, and alumni families. I was falsely accused, and I have been doing everything in my power to see that the truth is heard. Unfortunately, it appears that I will have to take my case to trial and fight for my vindication before a jury. While there are many reputable attorneys who believe in me and my case, navigating the legal system has proven to be a very expensive process, and my family and I simply do not have the means to carry my case any further. Consequently, I am looking to raise through loans or grants the $90,000 needed to retain good counsel for a fair trial. This letter is not easy for me to write. Trying to raise this sum of money at the age of nineteen is a daunting task, but my family and I are desperately out of time and resources. My trial is scheduled for mid-May, and I need to retain counsel before February 27th. I would be deeply grateful for any contributions to my defense—they will help to ensure a fair trial where justice, God-willing, will prevail. I will do everything I can to see that the truth is revealed in court—I hope you can believe in me. I have every intention of repaying each contribution in full; assuming the truth prevails before a jury, my life will soon be back on track, and I expect to be able to repay the loans within a reasonable amount of time after my college graduation. If you have any questions at all, please do not hesitate to contact me—I am happy to discuss my situation to the extent that is legally advisable. My contact information is below. The official fund for my legal defense will be run out of PayPal; the account is tied to this email address: owenlabrie@icloud.com . If PayPal is not convenient, please get in touch with me and I can provide you with banking information or a routing number. If you would like to speak directly with my attorney's office, I can direct you to his private line, as well. Thank you so much for your time and consideration. Gratefully Yours, Owen Labrie 113 Potash Hill Road Tunbridge, VT 05077 owenlabrie@icloud.com Home: 802.889.3572 Cell: 603.290.2152