# EXHIBIT I

Date: February 23, 2015 at 7:52:57 PM EST

Dear fellow SPS Parent:

I imagine that you've seen Owen Labrie's letter of recent days. For those of you who may not have read it, a copy is attached. It speaks for itself. And though I do not know the fact of the case, I feel that this star SPS student---recognized by the faculty with the school's character award---deserves a robust and competent defense as he now stands charged with very serious crimes and faces a long prison sentence.

Cristina and I have already pledged $10,000 towards the $100,000 that is required to secure the very well regarded and experienced Boston lawyer, Jay Carney, that Owen would like to engage. At Owen's request, I spoke with Carney on Saturday. Jay has litigated---with great success---literally dozens of cases very similar to Owen's involving every major university and high school in the Boston area. He consistently is ranked among the top 5 members of the criminal bar in Massachusetts.

The $100,000 cost will cover all expenses associated with Owen's defense through trial including any necessary consultants, investigators, etc.

At my request, Carney has agreed to use an escrow fund at his firm to receive donations earmarked for Owen's defense. If you are interested in joining us in this effort I know that Owen would be deeply appreciative. I am happy to supply wiring details for the escrow account. In speaking with fellow SPS families over the past 48 hours we already have commitments for about half of the required amount.

Cristina and I appreciate your attention to this matter. We hope that you will join the many other SPS families who feel that while the facts of this case can only be decided by a judge and jury, we can be united in the bedrock principle that Owen has the right to his day in court with a proper defense.

Please feel free to email me or to call with any questions. My cell phone is 917 783 3833.

Best,

Joshua

--

**Joshua Abram**
**Founder & Co-CEO**


110 East 25th Street
New York, NY 10010
neuehouse.com