IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

**John & Jane Doe**,

    Plaintiffs;

v.

**St. Paul's School**

    Defendant.

Case No. 1:16-cv-00225-PB

## AFFIDAVIT OF DESIRENA J. FARMER

I, Desirena J. Farmer, solemnly swear and affirm as follows:

1.    I am over the age of 18 and competent to testify to the matters contained herein based on my personal knowledge.

2.    I am a paralegal at the law firm of Silverman, Thompson, Slutkin & White, LLC, which represents the Plaintiffs, in the above-captioned matter.

3.    At the direction of Steven J. Kelly, I personally performed a series of searches in WestLaw for news articles relating to the above-captioned matter. *See* WestLaw Search History attached hereto as Exhibit 1.

I do solemnly declare and affirm under penalty of perjury that the information set forth herein is correct to the best of my knowledge, information, and belief.

                                        /s/ Desirena J. Farmer
                                        Desirena J. Farmer

STATE OF MARYLAND
COUNTY OF BALTIMORE

Signed and sworn to before me on the 25th day of August, 2016 by Desirena J. Farmer.

                                        /s/ Jane Ashley
                                        Jane Ashley, Notary Public
                                        My commission expires:  12/16/2019