# EXHIBIT 1 to EXHIBIT J

List of 15 items from Desirena Farmer Search History

## Searches (15)

| Description | Date/Time | Client ID |
|---|---|---|
| "michael delaney" or "michael hirschfeld" or "jay carney" or "jaye rancourt" and "owen labrie" (7,579)<br>Search Type: Plain Language<br>Content: News | 08/17/2016 12:04 PM | ST. PAUL'S SCHOOL - JANE DOE |
| "michael delaney" or "michael hirschfeld" or "jay carney" or "jaye rancourt" and "owen labrie" (7,562)<br>Search Type: Plain Language<br>Content: News | 08/17/2016 12:03 PM | ST. PAUL'S SCHOOL - JANE DOE |
| "michael delaney" or "michael hirschfeld" or "jay carney" or "jaye rancourt" and "owen labrie" (7,579)<br>Search Type: Plain Language<br>Content: News | 08/17/2016 12:01 PM | ST. PAUL'S SCHOOL - JANE DOE |
| "michael delaney" or "michael hirschfeld" or "jay carney" or "jaye rancourt" and "owen labrie" (9)<br>Search Type: Plain Language<br>Content: Overview<br>Jurisdiction: 4th Circuit | 08/17/2016 12:00 PM | ST. PAUL'S SCHOOL - JANE DOE |
| "michael delaney" and "owen labrie" and "St. Paul's School" (7,432)<br>Search Type: Plain Language<br>Content: News | 08/17/2016 10:18 AM | ST. PAUL'S SCHOOL - JANE DOE |
| "jay carney" and "owen labrie" and "St. Paul's School" (7,331)<br>Search Type: Plain Language<br>Content: News | 08/17/2016 10:18 AM | ST. PAUL'S SCHOOL - JANE DOE |
| "jay carney" and "owen labrie" (7,341)<br>Search Type: Plain Language<br>Content: News | 08/17/2016 10:17 AM | ST. PAUL'S SCHOOL - JANE DOE |
| "michael hirschfeld" and "owen labrie" (1,456)<br>Search Type: Plain Language<br>Content: News | 08/17/2016 10:16 AM | ST. PAUL'S SCHOOL - JANE DOE |
| "michael hirschfeld" and "owen labrie" and "st. paul" (5,977) | 08/17/2016 10:16 AM | ST. PAUL'S SCHOOL - JANE DOE |

List of 15 items from Desirena Farmer Search History

| Description | Date/Time | Client ID |
|---|---|---|
| **Search Type:** Plain Language<br>**Content:** News | | |
| "michael delaney" and "owen labrie" (7,428)<br>**Search Type:** Plain Language<br>**Content:** News | 08/17/2016 10:14 AM | ST. PAUL'S SCHOOL - JANE DOE |
| "michael delaney" or "michael hirschfeld" or "jay carney" or "jay rancourt" and "owen labrie" (7,561)<br>**Search Type:** Plain Language<br>**Content:** News | 08/17/2016 10:14 AM | ST. PAUL'S SCHOOL - JANE DOE |
| "michael delaney" or "michael hirschfeld" or "jay carney" or "jay rancourt" and "owen labrie" and "trial" (6,517)<br>**Search Type:** Plain Language<br>**Content:** News | 08/17/2016 10:11 AM | ST. PAUL'S SCHOOL - JANE DOE |
| "michael delaney" or "michael hirschfeld" or "jay carney" or "jay rancourt" and "owen labrie" and "st. paul" and "trial" (6,739)<br>**Search Type:** Plain Language<br>**Content:** News | 08/17/2016 10:10 AM | ST. PAUL'S SCHOOL - JANE DOE |
| "michael delaney " or "michael hirschfeld" or "owen labrie" and "st. paul" and "trial" (8,142)<br>**Search Type:** Plain Language<br>**Content:** News | 08/17/2016 10:09 AM | ST. PAUL'S SCHOOL - JANE DOE |
| "delaney said" and "owen labrie" and "st. paul" and "trial" (7,622)<br>**Search Type:** Plain Language<br>**Content:** News | 08/17/2016 10:08 AM | ST. PAUL'S SCHOOL - JANE DOE |

WESTLAW © 2016 Thomson Reuters. No claim to original U.S. Government Works.