USDCNH-96 (Rev. 7/14) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| ALEXANDER & SUSAN PROUT p/n/f of F.P., minor ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:16-CV-00225-PB |
| ST. PAUL'S SCHOOL ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

St. Paul's School                                                                                                          .

Date:   10/13/2016                                         /s/Benjamin B. Folsom
                                                                         *Attorney's signature*

                                                                      Benjamin B. Folsom (268352)
                                                                      *Printed name and bar number*

                                                                         McLane Middleton, P.A.
                                                                  PO Box 326, Manchester, NH  03105-0326

                                                                                  *Address*

                                                                   benjamin.folsom@mclane.com
                                                                             *E-mail address*

                                                                             (603) 625-6464
                                                                           *Telephone number*

                                                                             (603) 625-5650
                                                                              *FAX number*

CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Charles G. Douglas, III, Steven J. Kelly, Steven D. Silverman, Stephen G. Grygiel, Edward P. Parent

Conventionally Served:

N/A

| 10/13/2016 | /s/Benjamin B. Folsom |
|---|---|
| Date | Signature |