UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

*ALEXANDER & SUSAN PROUT, as parents, next friends and legal guardians of F.P., a minor*

    *Plaintiff.*

        v.                              Civil No. 1:16-CV-00225-PB

*ST. PAUL'S SCHOOL,*

    *Defendant.*

### ATTACHMENT TO MOTION TO EXTEND *DEBENEDETTO* DEADLINE ESTABLISHED IN THE COURT'S OCTOBER 28, 2016 SCHEDULING ORDER

| Scheduling Designation | Current Deadline | Proposed Deadline |
|---|---|---|
| Joint Statement Re Mediation | February 9, 2017 | Same |
| DeBenedetto deadline | January 15, 2017 | **May 15, 2017** |
| Motions to Dismiss | March 10, 2017 | Same |
| Third-Party Actions | May 3, 2017 | Same |
| Joinder of Additional Parties – Plaintiff | June 3, 2017 | Same |
| Joinder of Additional Parties – Defendant | July 3, 2017 | Same |
| Disclosure of Experts - Plaintiff | September 1, 2017 | Same |
| Motions for Summary Judgment | October 31, 2017 | Same |
| Disclosure of Experts - Defendant | November 1, 2017 | Same |
| Disclosure of Plaintiff's Rebuttal Report | December 15, 2017 | Same |
| Supplements to Expert Reports Under Rule 26(e) | December 19, 2017 | Same |
| Challenges to Expert Testimony | 60 days prior to trial | Same |
| Completion of Discovery | January 15, 2018 | Same |
| Pretrial Statements & JERS Statements | February 5, 2018 | Same |
| Objections | February 19, 2018 | Same |
| Final Pre-Trial Conference | February 22, 2018 | Same |
| Trial Date | March 6, 2018 | Same |