# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| ALEXANDER AND SUSAN PROUT, as parents, next friends and legal guardians of F.P., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>ST. PAUL'S SCHOOL,<br><br>Defendant. | Civil Action No. 1:16-CV-00225-PB |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiffs Alexander and Susan Prout, as parents, next friends and legal guardians of F.P., a minor, and Defendant St. Paul's School (together, the "Parties"), by and through their attorneys, move this Court to approve the Protective Order agreed to by the parties ("Protective Order"). In support of this motion, the Parties state that they have agreed to the terms of the Protective Order, which is attached hereto. As grounds for this motion, the Parties state as follows:

1. The Protective Order, attached hereto, conforms to United States District Court for the District of New Hampshire Civil Form 5 ("Civil Form 5"), except as set forth herein.

2. In Paragraph 5.A, the Parties inserted the clause "including but not limited to protected health information as defined in 45 C.F.R. § 160.103" in order to address protected health information that may be produced in connection with this action.

3. The Parties added Paragraphs 15 to 18 to address the non-waiver and claw-back of inadvertently produced privileged documents, the return of inadvertently disclosed materials, the rights of the parties to contest the production of documents and/or assert privileges in light of

1

the protective order, and to address the Family Educational Rights and Privacy Act and the Health Insurance Portability and Accountability Act of 1996, to the extent those laws are implicated in the production of documents in this action.

4. No memorandum of law in support of this motion is necessary because the relief requested lies within the Court's sound discretion. See LR 7.1(a)(2).

5. Both parties assent to the relief sought herein. See L.R. 7.1(c).

WHEREFORE, the Parties respectfully request that the Court issue an order:

 A. To grant their motion to approve the Protective Order; and

 B. To grant such other and further relief as this Court deems just and proper.

Dated: February 3, 2017    Respectfully submitted,

ST. PAUL'S SCHOOL,

By their attorneys,

McLANE MIDDLETON,
PROFESSIONAL ASSOCIATION

/s/ Benjamin B. Folsom
Bruce W. Felmly, N.H. Bar No. 787
bruce.felmly@mclane.com
Michael A. Delaney, N.H. Bar No. 10504
michael.delaney@mclane.com
Benjamin B. Folsom, N.H. Bar No. 268352
benjamin.folsom@mclane.com
900 Elm Street, P.O. Box 326
Manchester, New Hampshire 03105-0326
Telephone: (603) 625-6464
Facsimile: (603) 625-5650

and

ALEXANDER AND SUSAN PROUT, as parents, next friends, and legal guardians of F.P., a minor

By their attorneys,

2

/s/ Charles G. Douglas
Charles G. Douglas, III N.H. Bar No. 669
DOUGLAS, LEONARD & GARVEY, P.C.
14 South Street, Suite 5
Concord, NH 03301
Telephone (603) 224-1988
chuck@nhlawoffice.com


Steven J. Kelly (*admitted pro hac vice*)
Steven D. Silverman (*admitted pro hac vice*)
Stephen G. Grygiel (*admitted pro hac vice*)
Edward P. Parent (*admitted pro hac vice*)
SILVERMAN THOMPSON SLUTKIN WHITE, LLC
201 North Charles Street, Suite 2600
Baltimore, MD 21202
Telephone (410) 385-2225
skelly@mdattorney.com
ssilverman@mdattorney.com
sgrygiel@mdattorney.com
nparent@mdattorney.com


**Certificate of Service**

I hereby certify that a copy of the foregoing has been forwarded this 3rd day of February, 2017 via the Court's ECF filing system to all counsel of record.

/s/ Benjamin B. Folsom