# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ALEXANDER & SUSAN PROUT
p/n/f of F.P., a minor

        Plaintiffs,

   v.

ST. PAUL'S SCHOOL,

        Defendant.

Civil Action No. 1:16-CV-00225-PB

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STATEMENT RE SUITABILITY FOR MEDIATION

NOW COME the parties, by and through counsel, and respectfully submit the within Joint Statement Regarding Suitability of Case for Mediation, stating as follows:

1. Both parties are agreeable to mediation and are in the process of discussing scheduling.

Respectfully submitted,

PLAINTIFFS
By their attorneys

/s/Charles G. Douglas_____
Charles G. Douglas, III, NH Bar. No.669
DOUGLAS, LEONARD & GARVEY, P.C.
14 South Street, Suite 5
Concord, NH 03301
603-224-1988 (P)
603-229-1988 (F)
chuck@nhlawoffice.com

  and

Respectfully submitted,

DEFENDANT
By its attorneys

/s/ Bruce W. Felmly_____
Bruce W. Felmly, NH Bar No. 787
/s/ Michael A. Delaney_____
Michael A. Delaney, NH Bar No. 10504
MCLANE, MIDDLETON, P. A.
P.O. Box 326
Manchester, NH 03105
(603) 625-6464 (P)
(603) 625-5650 (F)
bruce.felmly@mclane.com
michael.delaney@mclane.com

Dated: February 8, 2017

1

　/s/ Steven J. Kelly_____
Steven J. Kelly (admitted *pro hac vice*)
/s/ Steven D. Silverman_____
Steven D. Silverman (admitted *pro hac vice*)
/s/ Stephen G. Grygiel_____
Stephen G. Grygiel(admitted *pro hac vice*)
SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC
201 N. Charles Street, Suite 2600
Baltimore, MD 21201
410-385-2225
410-547-2432 (f)
skelly@mdattorney.com
ssilverman@mdattorney.com
sgrygiel@mdattorney.com

Dated: February 8, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February 2017, the foregoing was filed electronically via the CM/ECF system and will be sent electronically to the registered participants and via first class mail to the non-registered participants as identified on the Notice of Electronic Filing.

/s/Charles G. Douglas_____
Charles G. Douglas