UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

*******************************
Alexander and Susan Prout as p/n/f        *
of F.P., a minor,                          *
      Plaintiffs,                          *
                                      *
v.                                         *        Case No. 1:16-cv-00225-PB
                                      *
St. Paul's School,                         *
      Defendant.                           *
*******************************

## ASSENTED-TO MOTION FOR *PRO HAC VICE* ADMISSION OF ANNA S. KELLY, ESQUIRE

Pursuant to Local Rule 83.2(b), the undersigned respectfully moves for the admission *pro hac vice* of Anna S. Kelly, Esquire, Silverman/Thompson/Slutkin/White/LLC, 201 North Charles Street, 26th Floor, Baltimore, Maryland 21201 (410) 385-2225, facsimile: (410) 547-2432, akelly@mdattorney.com, for purposes of appearance as co-counsel on behalf of the plaintiffs in the above-captioned case only.  In support of this Motion, the undersigned states as follows:

1.    Movant, Charles G. Douglas, III, Esquire, of the law firm of Douglas, Leonard & Garvey, P.C., 14 South Street, Suite 5, Concord, NH 03301, is a member in good standing of the New Hampshire Bar and the United States District Court for the District of New Hampshire.

2.    Anna S. Kelly is not admitted to practice in the United States District Court for the District of New Hampshire.  She is a member in good standing of the state court of Maryland.

3.    There are no disciplinary proceedings pending against Anna S. Kelly.

4.    Anna S. Kelly is familiar with the Local Rules of the U.S. District Court for the District of New Hampshire.

5. In accordance with the local rules of this Court, attached hereto as Exhibit A is an Affidavit of Anna S. Kelly in support of this Motion for his *pro hac vice* admission.

6. In accordance with the local rules of this Court, Anna S. Kelly has made payment of this Court's $100.00 admission fee contemporaneously with the filing of this Motion.

7. In accordance with the local rules of this Court, Anna S. Kelly will register as a Filing User of the Court's ECF system by completing an online registration form on the Court's website at www.nhd.uscourts.gov.

8. Opposing counsel, Michael A. Delaney, Esquire, assents to the relief requested herein.

9. Because the relief requested herein is discretionary with the Court, no accompanying memorandum of law is believed to be required.

WHEREFORE, Charles G. Douglas, III, Esquire moves this Court to enter an Order for Anna S. Kelly, Esquire to appear before this Court on behalf of the plaintiffs for all purposes relating to the proceedings in the above-captioned matter.

    Respectfully submitted,
    ALEXANDER and SUSAN PROUT,
      p/n/f of F.P,
    By their attorneys,
    DOUGLAS, LEONARD & GARVEY, P.C.

Date: February 8, 2017    By:    /s/Charles G. Douglas, III
    Charles G. Douglas, III, NH Bar #669
    14 South Street, Suite 5
    Concord, NH 03301
    (603) 224-1988
    chuck@nhlawoffice.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically served through ECF to all counsel of record on this date.

/s/ Charles G. Douglas, III
Charles G. Douglas, III