IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

**Alexander and Susan Prout,**
p/n/f of F.P., a minor

    Plaintiffs;

v.

**St. Paul's School**

    Defendant.

Case No. 1:16-CV-00225-PB

## AFFIDAVIT OF ANNA S. KELLY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Anna S. Kelly hereby declare:

1. My office address and telephone number are:

    201 N. Charles Street, Suite 2600, Baltimore, Maryland 21201
    (410) 385-2225

2. I have been admitted to the following courts and bars:

    State of Maryland (December, 2005)

3. I am currently in good standing with all states, courts, and bars in which I am admitted.

4. I have no disciplinary matters or sanctions and I have no prior felony or misdemeanor criminal convictions.

5. I have never been denied pro hac vice status in any court nor have I been suspended or revoked pro hac vice status in any court.

I declare under penalty of perjury that to the best of my knowledge, the forgoing is true and correct. Executed this 27th day of January, 2017.

_____
Anna S. Kelly

Subscribed and sworn to before me 27th this day of January, 2017.

_____
Notary Public

Jane Ashley
Notary Public
Baltimore County, Maryland
My Comm. Expires 12/16/19