# NEW HAMPSHIRE
# Department of Justice
## Office of the Attorney General

News Release

**For Immediate Release**
July 13, 2017

**Contact:**
Jane E. Young, Associate Attorney General
(603) 271-3671

Investigation of St. Paul's School

Attorney General Gordon J. MacDonald announces that his office, in conjunction with the Merrimack County Attorney's Office, the Concord Police Department, and the New Hampshire State Police has initiated a criminal investigation into St. Paul's School, a coeducational residential high school in Concord, New Hampshire.

The investigation has been initiated as the result of a 2017 report concerning sexual assaults by St. Paul's teachers on their students; earlier information about student sexual conquest rituals such as the "senior salute," a practice which led to the highly publicized arrest, trial and conviction of a St. Paul's student in 2015; and allegations of a similar ritual reported in June of this year.

The investigation by the Attorney General's Office will focus initially on the issue of whether the School engaged in conduct constituting endangering the welfare of a child, contrary to RSA 639:3; and violations of RSA ch. 642, the Obstructing Governmental Operations chapter of the criminal code. This office will investigate any other crimes as dictated by the evidence.

In announcing this investigation, Attorney General MacDonald stated, "Protection of children is a paramount priority for law enforcement. I am confident that an institution such as St. Paul's School will be fully cooperative with this investigation as it has pledged that '[t]he safety and well-being of all students remains [its] highest priority. ", 1.

Any person with information regarding criminal conduct at the school is urged to contact Investigator Mark Myrdek at
271-1263 or e-mail Mark.Myrdek@doj.nh.gov.

---

1. June 30, 2017 statement from Rector Mike Hirschfeld, see https://www.sps.edu/page/newsdetail?pk=93_8833&fromId=2072_60.