UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ALEXANDER AND SUSAN PROUT, as parents, next friends and legal guardians of F.P., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>ST. PAUL'S SCHOOL,<br><br>Defendant. | Civil Action No. 1:16-CV-00225-PB |

**EXHIBIT 4 TO MOTION FOR PRETRIAL CONFERENCE TO MODIFY SCHEDULING ORDER (CIVIL FORM 3)**

| Scheduling Designation | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' expert disclosure deadline | September 1, 2017 | **TBD** |
| Deadline to file motions for summary judgment | October 31, 2017 | **TBD 2018** |
| Defendant's expert disclosure deadline | November 1, 2017 | **TBD 2018** |
| Plaintiffs' rebuttal expert disclosure deadline | December 15, 2017 | **TBD 2018** |
| Supplements to expert witness disclosures | December 19, 2017 | **TBD 2018** |
| Deadline to challenge expert witness testimony | January 2, 2018 | **TBD 2018 (60 days before trial)** |
| Discovery to be completed | January 15, 2018 | **TBD 2018** |
| Pretrial Statements/JERS Statement | February 5, 2018 | TBD - Set by clerk's notice of trial assignment. |
| Objections | February 19, 2018 | TBD - Set by clerk's notice of trial assignment. |
| Final Pre-Trial Conference | February 22, 2018. | TBD - Set by clerk's notice of trial assignment. |
| Trial Date | March 6, 2018 | **TBD 2018** |