IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * *
                                          *
ALEXANDER & SUSAN PROUT                   *
p/n/f of F.P., a minor                    *
                    Plaintiffs,           *
                                          *   Case No. 1:16-CV-00225-PB
        v.                                *
                                          *
ST. PAUL'S SCHOOL,                        *
                                          *
                    Defendant.            *
                                          *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

## [PROPOSED] ORDER

Having reviewed Plaintiffs' Partial Objection to Defendant's Motion for Pretrial Conference to Modify Schedule Order [ECF No.27], it is hereby ORDERED that Defendant's Motion is GRANTED to the extent that the Court will convene a Pretrial Conference to discuss modification of the Scheduling Order. To the extent the Motion seeks to stay Plaintiffs' deposition testimony until the conclusion of the Attorney General's investigation, the Motion is DENIED.

SO ORDERED.

_____
Honorable Paul J. Barbadoro
United States District Judge
United States District Court
for the District of New Hampshire

1