UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ALEXANDER AND SUSAN PROUT,<br>as parents, next friends and legal guardians of<br>F.P., a minor,<br><br>       Plaintiffs,<br><br>       v.<br><br>ST. PAUL'S SCHOOL,<br><br>       Defendant. | Civil Action No. 1:16-CV-00225-PB |

### NOTICE OF INTENT TO MOVE FOR LEAVE TO FILE REPLY

St. Paul's School (the "School"), pursuant to Local Rule 7.1(e)(2), hereby submits notice

of its intent to move for leave to file a reply to Plaintiffs' Partial Objection (Document No. 28) to

the School's Motion for Pretrial Conference to Modify Scheduling Order (Document No. 27).

Respectfully submitted,

ST. PAUL'S SCHOOL,

By its attorneys,

McLANE MIDDLETON,
PROFESSIONAL ASSOCIATION

Dated: August 18, 2017

By: /s/ Benjamin B. Folsom
    Bruce W. Felmly, NH Bar No. 787
    Michael A. Delaney, NH Bar No. 10504
    Benjamin B. Folsom, NH Bar No. 268352
    900 Elm Street, P.O. Box 326
    Manchester, NH 03105-0326
    T) (603) 625-6464
    F) (603) 625-5650
    bruce.felmly@mclane.com
    michael.delaney@mclane.com
    benjamin.folsom@mclane.com

<u>Certificate of Service</u>

I certify that, on August 18, 2017, I served the foregoing via ECF electronic transmission in accordance with the Court's Administrative Procedures for ECF to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants, if any.


/s/ Benjamin B. Folsom

101192\12615189