**Civil Form 3, Extending Deadlines Established by Discovery Plan**    Added 12/1/13

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Alexander & Susan Prout,
p/n/f of F.P., a minor

Plaintiff(s)

v.                                                                        Civil No.   1:16-cv-00225-PB

St. Paul's School

Defendant(s)

**ATTACHMENT TO MOTION TO EXTEND DEADLINES ESTABLISHED
IN THE COURT'S   10/28/16   SCHEDULING ORDER**

*[List the scheduling designations that are applicable to your case. This draft is merely an exemplar and includes deadlines listed in Civil Form 2, Sample Discovery Plan.]*

| Scheduling Designation | Current Deadline | Proposed Deadline |
|---|---|---|
| Completion of Discovery | | |
| Disclosure of Experts and Experts' Written Reports and Supplementations (Plaintiff) | 09/01/2017 | 12/01/2017 |
| Disclosure of Experts and Experts' Written Reports and Supplementations (Defendant) | | |
| Challenges to Expert Testimony | | |
| Discovery Completed | | |
| Disclosure of Claims Against Unnamed Parties | | |
| Joinder of Additional Parties (Plaintiff) | | |
| Joinder of Additional Parties (Defendant) | | |
| Third-Party Actions | | |
| Amendment to Pleadings (Plaintiff) | | |
| Amendment to Pleadings (Defendant) | | |
| Motions to Dismiss | | |
| Motions for Summary Judgment | | |
| Trial | | |

USDCNH-121 (12/13)