## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| ALEXANDER & SUSAN PROUT<br>p/n/f of F.P., a minor<br>　　　　　Plaintiffs,<br><br>　v.<br><br>ST. PAUL'S SCHOOL,<br><br>　　　　　Defendant. | Case No. 1:16-CV-00225-PB |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### [PROPOSED] ORDER GRANTING PLAINTIFFS' ASSENTED-TO MOTION TO ENLARGE EXPERT DISCLOSURE DEADLINE

Upon consideration of Plaintiffs' foregoing Assented-To Motion thereof, it is this \_\_\_\_ day of _____, 2017 hereby

**ORDERED** that Plaintiffs' Assented-To Motion to Enlarge the Deadline for Expert Disclosure is **GRANTED**; it is further

**ORDERED** that the deadline for Plaintiffs' expert disclosures will be reset at the pretrial conference to be scheduled in this matter.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable Paul J. Barbadoro
　　　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court for the
　　　　　　　　　　　　　　　　　　　　　District of New Hampshire