## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * *
                                          *
ALEXANDER & SUSAN PROUT                   *
p/n/f of F.P., a minor                    *
                     Plaintiffs,          *
                                          *   Case No. 1:16-CV-00225-PB
       v.                                 *
                                          *
ST. PAUL'S SCHOOL,                        *
                                          *
                     Defendant.           *
                                          *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

## ORDER GRANTING PLAINTIFFS' ASSENTED-TO
## MOTION TO ENLARGE EXPERT DISCLOSURE DEADLINE

Upon consideration of Plaintiffs' foregoing Assented-To Motion thereof, it is this 31st day of August, 2017 hereby

**ORDERED** that Plaintiffs' Assented-To Motion to Enlarge the Deadline for Expert Disclosure is **GRANTED**; it is further

**ORDERED** that the deadline for Plaintiffs' expert disclosures will be reset at the pretrial conference to be scheduled in this matter.

SO ORDERED.

August 31, 2017

/s/ Paul Barbadoro
The Honorable Paul J. Barbadoro
United States District Judge
United States District Court for the
District of New Hampshire