USDCNH-96 (Rev. 7/14) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| JOHN AND JANE DOE, p/n/f J.D., a minor <br> *Plaintiff* <br> v. <br> St. Paul's School <br> *Defendant* | Case No.   1:16-CV-00225-PB |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

St. Paul's School

Date:   09/13/2017

/s/ Jennifer L. Parent
*Attorney's signature*

Jennifer L. Parent (11342)
*Printed name and bar number*

McLane Middleton, P.A.
P.O. Box 326, Manchester, NH  03105-326

*Address*

jennifer.parent@mclane.com
*E-mail address*

(603) 625-6464
*Telephone number*

(603) 625-5650
*FAX number*

CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Charles G. Douglas, III, Steven J. Kelly, Steven D. Silverman, Stephen G. Grygiel, Edward P. Parent

Conventionally Served:

| 09/13/2017 | /s/ Jennifer L. Parent |
|---|---|
| Date | Signature |