UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ALEXANDER AND SUSAN PROUT, as parents, next friends and legal guardians of F.P., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>ST. PAUL'S SCHOOL,<br><br>Defendant. | Civil Action No. 1:16-CV-00225-PB |

**ASSENTED-TO MOTION FOR ADMISSION
*PRO HAC VICE* OF ELYSE D. ECHTMAN**

Defendant St. Paul's School ("St. Paul's"), pursuant to Rule 83.2 of the Local Rules of this Court, hereby moves to admit Elyse D. Echtman of Orrick, Herrington & Sutcliffe LLP *pro hac vice* for purposes of this lawsuit to practice together with the undersigned counsel. As grounds for this Motion, St. Paul's states as follows:

1. In accordance with Rule 83.2(b)(1) of the Rules of this Court, St. Paul's attaches as Exhibit A hereto an Affidavit of Elyse D. Echtman, Esq. As that Affidavit shows, Ms. Echtman is a member in good standing of each of the courts to which she has been admitted. She has never been disciplined by any of those courts.

2. Ms. Echtman will work with the undersigned counsel in this matter in the representation of St. Paul's.

3. No memorandum of law is necessary because the relief requested is within the discretion of the Court.

-1-

**Local Rule 7.1(c) Concurrence Statement**

Counsel for St. Paul's has conferred with Plaintiffs' counsel, who has stated that he assents to granting of this motion.

WHEREFORE, St. Paul's respectfully requests that this Honorable Court enter an Order:

(A)   Allowing Elyse D. Echtman, Esq. to practice before this Court for purposes of this case; and

(B)   Granting such further relief as may be just, equitable and appropriate.

Respectfully submitted,

ST. PAUL'S SCHOOL,

By its attorneys,

McLANE MIDDLETON, PROFESSIONAL ASSOCIATION,

Dated:  September 18, 2017            By:  /s/ Bruce W. Felmly
                                      Bruce W. Felmly, NH Bar No. 787
                                      Michael A. Delaney, NH Bar No. 10504
                                      Benjamin B. Folsom, NH Bar No. 268352
                                      Jennifer L. Parent, NH Bar No. 11342
                                      900 Elm Street
                                      Manchester, NH 03105
                                      T) (603) 625-6464
                                      F) (603) 625-5650
                                      bruce.felmly@mclane.com
                                      michael.delaney@mclane.com
                                      benjamin.folsom@mclane.com
                                      jennifer.parent@mclane.com

Certificate of Service

I certify that, on September 18, 2017, I served the foregoing via ECF electronic transmission in accordance with the Court's Administrative Procedures for ECF to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants, if any.

/s/ Bruce W. Felmly

12692315