UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ALEXANDER AND SUSAN PROUT, as parents, next friends and legal guardians of F.P., a minor, <br><br> Plaintiffs, <br><br> v. <br><br> ST. PAUL'S SCHOOL, <br><br> Defendant. | Civil Action No. 1:16-CV-00225-PB |

### AFFIDAVIT OF ELYSE D. ECHTMAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Elyse D. Echtman, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for the Defendant, St. Paul's School, pursuant to LCR 83.2.

I, Elyse D. Echtman, being duly sworn, do hereby depose and says as follows:

1. I am an Attorney with the law firm of Orrick, Herrington & Sutcliffe LLP.

2. My business address is 51 West 52nd Street, New York 10019-6142. My business telephone number is 212-506-3753.

3. My bar identification number is: 2617462.

4. I certify that I am eligible for admission to this Court and am a member in good standing and admitted to practice in the following Courts:

| Court | Admission Date |
|---|---|
| New York Appellate Division, Second Department | June 8, 1994 |
| U.S. District Court for the Southern District of New York | August 2, 1994 |
| U.S. District Court for the Eastern District of New York | August 2, 1994 |
| U.S. District Court for the Western District of New York | December 29, 2008 |
| U.S. District Court for the Western District of Tennessee | September 22, 2009 |
| U.S. District Court for the Eastern District of Wisconsin | May 30, 2007 |

| Court | Admission Date |
|---|---|
| U.S. District Court for the District of Colorado | May 30, 2013 |
| U.S. District Court for the Central District of Illinois | March 31, 2015 |
| U.S. Tax Court | December 12, 1997 |
| U.S. Court of Appeals for the Second Circuit | December 29, 1997 |
| U.S. Court of Appeals for the Seventh Circuit | December 30, 2010 |
| U.S. Court of Appeals for the Ninth Circuit | November 15, 2012 |
| U.S. Supreme Court | March 2, 1999 |

5. I have not been denied *pro hac vice* admission or had *pro hac vice* admission revoked in any State.

6. I am not currently suspended or disbarred in any jurisdiction. I have not had any previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court.

7. I am associated with Bruce W. Felmly (N.H. Bar No. 787), an attorney at McLane Middleton, Professional Association. Mr. Felmly is an active member in good standing of the Bar of the State of New Hampshire and will be present at any trial or hearing.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court of New Hampshire.

9. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

2

12692524

3

Signed under the pains and penalties of perjury this 15th day of September, 2017.

September 15, 2017

/s/  *Elyse D. Echtman*
Elyse D. Echtman (NY Bar ID No. 2617462)

State of New York

City of New York, SS                                                            September 15, 2017

Then personally appeared the above named ELYSE D. ECHTMAN and acknowledged the foregoing statement to be true to the best of his personal knowledge and belief, before me.

/s/ *Briggs M. Wright*
Notary Public/Justice of the Peace
My Commission Expires: 2/2/2019

3

12692524
101192\12697385