UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

*ALEXANDER & SUSAN PROUT, as parents, next friends and legal guardians of F.P., a minor*

    *Plaintiff.*

        v.                                Civil No. 1:16-CV-00225-PB

*ST. PAUL'S SCHOOL,*

    *Defendant.*

**ATTACHMENT TO MOTION TO EXTEND DEADLINES
ESTABLISHED IN THE COURT'S OCTOBER 28, 2016 SCHEDULING ORDER**

*[List the scheduling designations that are applicable to your case. This draft is merely an exemplar and includes deadlines listed in Civil Form 2, Sample Discovery Plan]*

| Scheduling Designation | Current Deadline | Proposed Deadline |
|---|---|---|
| Motions for Summary Judgment | October 31, 2017 | TBD at December 19, 2017 status conference |
| Disclosure of Experts - Plaintiffs | December 1, 2017 or TBD | TBD at December 19, 2017 status conference |
| Disclosure of Experts – Defendant | November 1, 2017 | TBD at December 19, 2017 status conference |