IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| ALEXANDER & SUSAN PROUT<br>p/n/f of F.P., a minor<br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>ST. PAUL'S SCHOOL,<br>　　　　　　　　Defendant. | Case No. 1:16-CV-00225-PB |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF ANDREW G. SLUTKIN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Andrew G. Slutkin, hereby declare:

1. My office address and telephone number are:

   201 N. Charles Street, Suite 2600, Baltimore, Maryland 21201
   (410) 385-2225

2. I have been admitted to the following courts and bars: Maryland and the District of Columbia, as well as the United States District Court for the District of Maryland.

3. I currently am in good standing with all states, courts, and bars in which I am admitted.

4. I have no disciplinary matters or sanctions and I have no prior felony or misdemeanor criminal convictions.

5. I have never been denied *pro hac vice* status in any court nor have I been suspended or revoked *pro hac vice* status in any court.

I declare under penalty of perjury that to the best of my knowledge, the forgoing is true and correct. Executed this 18th day of December, 2017.

_____
Andrew G. Slutkin

Subscribed and sworn to before me _18th_ this day of _DECEMBER_, 2017.

_____
Notary Public

[Notary Seal: DESIRENA J. FARMER, Notary Public, Baltimore County, MD, My Commission Expires 10-31-2021]