UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ALEXANDER AND SUSAN PROUT,<br>as parents, next friends and legal guardians of<br>F.P., a minor,<br><br>       Plaintiffs,<br><br>       v.<br><br>ST. PAUL'S SCHOOL,<br><br>       Defendant. | Civil Action No. 1:16-CV-00225-PB |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

WHEREAS Plaintiffs Alexander and Susan Prout, as parents, next friends and legal guardians of F.P., a minor filed this action against Defendant St. Paul's School;

WHEREAS this Court held a settlement conference with the Parties and their counsel on December 19, 2017; and

WHEREAS the Parties have entered into a written settlement agreement by which they have agreed to dismiss this litigation without any admission of liability.

NOW, THEREFORE, Plaintiffs and Defendant AGREE AND STIPULATE that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1), this action is **DISMISSED WITH PREJUDICE**; and

2. The United States District Court for the District of New Hampshire, The Honorable Paul J. Barbadoro, **SHALL RETAIN JURISDICTION** over any claim for a breach of the settlement agreement.

                                          Respectfully submitted,

                                          ALEXANDER AND SUSAN PROUT,
as parents, next friends and legal guardians of
F.P., a minor,
By their attorneys,

Dated:  January 23, 2018                /s/ Charles G. Douglas, III
Charles G. Douglas, III, NH Bar #669
DOUGLAS, LEONARD & GARVEY, P.C.
14 South Street, Suite 5
Concord, NH 03301
(603) 224-1988
chuck@nhlawoffice.com

Steven J. Kelly (*pro hac vice*)
Steven D. Silvrman (*pro hac vice*)
Stephen G. Grygiel (*pro hac vice*)
SILVERMAN/THOMPSON/SLUTKIN/WHITE, LLC
201 North Charles Street, Suite 2600
Baltimore, MD 21201
(410) 385-2225
skelly@mdattorney.com
ssilverman@mdattorney.com
sgrygiel@mdattorney.com

  and

ST. PAUL'S SCHOOL
By its attorneys,

Dated:  January 23, 2018                /s/ Michael A. Delaney
Michael A. Delaney, NH Bar #10504
MCLANE MIDDLETON, P.A.
900 Elm Street
Manchester, NH 03105
(603) 625-6464
michael.delaney@mclane.com

Peter Bicks (*pro hac vice*)
Elyse D. Echtman (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd street
New York, NY 10019
(212) 506-5000
pbicks@orrick.com
eechtman@orrick.com

2

**IT IS SO ORDERED.**

Dated: _____            _____
                                  THE HONORABLE PAUL J. BARBADORO
                                  UNITED STATES DISTRICT JUDGE
                                  DISTRICT OF NEW HAMPSHIRE

**Certificate of Service**

      I certify that, on January 23, 2018, I served the foregoing via ECF electronic transmission in accordance with the Court's Administrative Procedures for ECF to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants, if any.

                                              /s/ Charles G. Douglas, III
                                              Charles G. Douglas, III